UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation | MDL No. 05-1708 (DWF/AJB) |
| *This document relates to all actions.* | |

**PLAINTIFFS MOTION IN SUPPORT OF BLOOMBERG L.P.'S MOTION TO INTERVENE AND UNSEAL THE SUMMARY JUDGMENT MOTION PAPERS AND ASSOCIATED MATERIALS, AND PLAINTIFFS' RENEWED MOTION FOR AN ORDER COMPELLING DEFENDANTS TO SHOW CAUSE WHY DESIGNATED DOCUMENTS SHOULD REMAIN CONFIDENTIAL**

Plaintiffs respectfully submit this Motion in Support of Bloomberg L.P.'s Motion to Intervene and Unseal the Summary Judgment Motion Papers and Associated Materials, and Plaintiffs' Renewed Motion for an Order Compelling Defendants to Show Cause Why Designated Documents Should Remain Confidential.

For the reasons given in the accompanying memorandum, Plaintiffs respectfully request that this Court:

(1) Order Defendants to reproduce all documents listed in Plaintiffs' November 7, 2006 Motion and their May 3, 2007 letter without a confidentiality designation;

(2) Unseal all summary judgment papers, Daubert motions, and associated documents in these proceedings;

(3) Order Defendants to review their prior confidentiality designations, starting with those documents relevant to the Ventak Prizm 2 DR Model 1861 device, and remove the confidentiality designation on all documents that do not contain "trade secrets

or information whose confidentiality is otherwise protectable under applicable law." Stipulated Protective Order ¶ 1(adopted Jan. 6, 2006); and

(4) Order Defendants to limit future confidentiality designations to those based on a "good faith belief" that the underlying documents are actually confidential, *id.*, and that the failure to do so will subject Defendants to sanctions.

Dated:  June 21, 2007

Respectfully submitted,

ZIMMERMAN REED, PLLP

s/ Charles S. Zimmerman
Charles S. Zimmerman, #120054
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone:  (612) 341-0400
Facsimile:  (612) 341-0844

Liaison Counsel and
Lead Counsel Committee

NEBLETT, BEARD & ARSENAULT

s/ Richard J. Arsenault
Richard J. Arsenault
2220 Bonaventure Ct., P.O. Box 1190
Alexandria, LA 71301
Telephone:  (318) 487-9874
Facsimile:  (318) 561-2591

Lead Counsel Committee

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP

s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser
Embarcadero Center West
275 Battery St., Suite 3000
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Lead Counsel Committee

LOCKS LAW FIRM, PLLC

s/ Seth Lesser
Seth Lesser
110 East 55th St., 12th Floor
New York, NY 10022
Telephone:  (212) 838-3333
Facsimile:  (212) 838-3735

Lead Counsel Committee