**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation<br><br>*This document relates to all actions.* | MDL No. 1708 (DWF/AJB) |

**ORDER REGARDING EXTENSION OF TIME**
**FOR FILING OF COUNSEL'S DECLARATION OF**
**PARTICIPATION IN SETTLEMENT**

**IT IS HEREBY ORDERED** that:

The deadline for the submission of each Counsel's Declaration of Participation in Settlement under the Confidential Master Settlement Agreement is hereby extended to March 7, 2008. All deadlines to be computed based on the filing of Counsel's Declaration of Participation in Settlement will be computed from March 7, 2008.

Dated: March 3, 2008         s/Donovan W. Frank
                             DONOVAN W. FRANK
                             Judge of United States District Court