**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1708 (DWF/AJB) |

This Document Relates to:

Thomas Moore, Linda Moore, and William Warman,

                    Plaintiffs,

v.          Civil No. 07-1996 (DWF/AJB)

Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers Inc., and Boston Scientific Corporation,

                    Defendants.

(as to Plaintiff Thomas Moore only)

**ORDER**

        Plaintiff Thomas Moore filed his Complaint on April 23, 2007.  Plaintiff Thomas

Moore passed away on November 12, 2007.  Pursuant to Federal Rule of Civil Procedure

25(a)(1), Linda Moore now seeks an order from this Court substituting herself, as

Administratrix of the Estate of Thomas Moore, deceased, as the plaintiff in this action.

Having considered the submissions and reviewed the procedural history of the file, **IT IS**

**HEREBY ORDERED:**

1.      Linda Moore's Motion for Substitution of Parties (MDL No. 05-1708 (DWF/AJB), Doc. No. 2707) [1] is **GRANTED**.

2.      Linda Moore, as Administratrix of the Estate of Thomas Moore, deceased, shall be substituted for Thomas Moore in the above-referenced matter.


Dated:  April 3, 2008                                    s/Donovan W. Frank
                                                         DONOVAN W. FRANK
                                                         Judge of United States District Court

---

[1]      Counsel for Plaintiff filed the Motion for Substitution of Parties only in the master case (MDL No. 05-1708 (DWF/AJB), Doc. No. 2707).  The motion should also have been filed in the individual case, Civ. No. 07-1996 (DWF/AJB).