# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1708 (DWF/AJB) |
| This Document Relates to: Charles Dameron, Sylvia Dameron, Kenneth Kurtz, Jane Kurtz, James McDaniel, James Smith, and Doris Smith, Plaintiffs, v. Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers Inc., and Boston Scientific Corporation, Defendants. (as to Plaintiff Charles Dameron only) | Civil No. 07-1918 (DWF/AJB) ORDER |

Plaintiff Charles Dameron filed his Complaint on April 13, 2007. Plaintiff Charles Dameron passed away on January 25, 2008. Pursuant to Federal Rule of Civil Procedure 25(a)(1), Sylvia Dameron now seeks an order from this Court substituting herself, as Executor of the Estate of Charles Dameron, deceased, as the plaintiff in this action. Having considered the submissions and reviewed the procedural history of the file, **IT IS HEREBY ORDERED:**

1. Sylvia Dameron's Motion for Substitution of Parties (MDL No. 05-1708 (DWF/AJB), Doc. No. 2709) [1] is **GRANTED**.

2. Sylvia Dameron, as Executor of the Estate of Charles Dameron, deceased, shall be substituted for Charles Dameron in the above-referenced matter.


Dated:  April 3, 2008           s/Donovan W. Frank
                                               DONOVAN W. FRANK
                                               Judge of United States District Court

---

[1] Counsel for Plaintiff filed the Motion for Substitution of Parties only in the master case (MDL No. 05-1708 (DWF/AJB), Doc. No. 2709). The motion should also have been filed in the individual case, Civ. No. 07-1918 (DWF/AJB).