# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1708 (DWF/AJB) |
| This Document Relates to:<br><br>Patricia Moore,<br><br>　　　　　　　Plaintiff,<br><br>v.　　　　Civil No. 06-2787 (DWF/AJB)<br><br>Guidant Corporation; Guidant Sales Corporation; Cardiac Pacemakers, Inc.; and Boston Scientific Corporation,<br><br>　　　　　　　Defendants. | **ORDER APPROVING PETITION OF MAYET BROCK TO APPOINT MAYET BROCK AS WRONGFUL DEATH TRUSTEE PURSUANT TO M.S.A. § 573.02** |

The Court, having reviewed the Petition of Mayet Brock (Civ. No. 06-2787 (DWF/AJB), Doc. No. 4)[1] concerning the appointment of wrongful death trustee, hereby enters the following:

---

[1]　Counsel for Petitioner filed the Petition for Appointment of Wrongful Death Trustee in the individual case (Civ. No. 06-2787 (DWF/AJB)).  The petition should also have been filed in the master case, MDL No. 05-1708 (DWF/AJB).

**ORDER**

1. Mayet Brock is hereby named the wrongful death trustee for the above-captioned case as to the extent it concerns the wrongful death of Patricia Moore.

Dated:  April 14, 2008         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               Judge of United States District Court