## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1708 (DWF/AJB) |
| This Document Relates to:<br><br>Loren Allmon, Michael Carnes, Marisa Cummings, Lena Dale, Manuel Joseph Gomez, Beverly Higgins, Julian Kaplan, Keith King, Morriss Myles, Robert Nagel, Daniel Poppe, Edwin Rees, Jesse Saldana, James Strickling, Larry Williams, Derk Wind, Ronald William Wink, and Syble Yocum,<br><br>Plaintiffs,<br><br>v.          Civil No. 06-2779 (DWF/AJB)<br><br>Guidant Corporation; Guidant Sales Corporation; Cardiac Pacemakers, Inc.; and Boston Scientific Corporation,<br><br>Defendants.<br><br>(as to Plaintiff Robert Nagel only) | **ORDER APPROVING PETITION OF LYNDA NAGEL TO APPOINT LYNDA NAGEL AS WRONGFUL DEATH TRUSTEE PURSUANT TO M.S.A. § 573.02** |

The Court, having reviewed the Petition of Lynda Nagel (MDL No. 05-1708 (DWF/AJB), Doc. No. 2739; Civ. No. 06-2779 (DWF/AJB), Doc. No. 8) concerning the appointment of wrongful death trustee, hereby enters the following:

2

**ORDER**

     1.     Lynda Nagel Green is hereby named the wrongful death trustee for the above-captioned case as to the extent it concerns the wrongful death of Robert Nagel.

Dated:  April 14, 2008          s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        Judge of United States District Court