## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:  GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1708 (DWF/AJB) |
| This Document Relates to ALL ACTIONS | **ORDER** |

Based on the July 8, 2008 statement of Assistant Master Patrick A. Juneau, **IT IS HEREBY ORDERED** that $67,255.63 is approved for payment and directed to be made by the Escrow Agent.

Dated:  September 9, 2008        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court