## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1708 (DWF/AJB) |
| This Document Relates to ALL ACTIONS | **ORDER** |

Based on the April 15, 2009 statement of Assistant Master Patrick A. Juneau, **IT IS HEREBY ORDERED** that $23,246.81 is approved for payment and directed to be made by the Escrow Agent.

Dated: April 21, 2009         s/Donovan W. Frank
                              DONOVAN W. FRANK
                              Judge of United States District Court