# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1708 (DWF/AJB) |
| This Document Relates to: Charles Redding, et al., Plaintiffs, v. Civil No. 06-4419 (DWF/AJB) Guidant Corporation; Guidant Sales Corporation; Cardiac Pacemakers, Inc.; and Boston Scientific Corporation, Defendants. (as to Plaintiff Richard Kaiser only) | **ORDER** |

Plaintiff Richard Kaiser filed his Complaint on or about November 6, 2006. Richard Kaiser passed away on or about August 28, 2007. Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff's surviving brother, Kim Kaiser, by and through counsel, now seeks an order from this Court substituting Kim Kaiser as the proper party-Plaintiff in this action. Having considered the submissions and reviewed the procedural history of the file, **IT IS HEREBY ORDERED:**

1. Kim Kaiser's Motion for Substitution of Parties (Civil No. 06-4419 (DWF/AJB), Doc. No. 26) is **GRANTED**.

2. Kim Kaiser shall be substituted for Plaintiff Richard Kaiser, deceased, in the above-referenced matter.


Dated: September 15, 2009                s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge