# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:  GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL Case No. 05-1708 (DWF/AJB)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Court has been advised that this action has been settled, and therefore

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party, with the Court maintaining jurisdiction for 60 days to permit any part to submit a stipulated form of final judgment or to move to reopen the action for good cause.

Dated:  July 30, 2012              s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge